IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| CHARLES MATTHEW RIDDLE | :    1:25CR 104 -1 |
| JOSEPH DILLON LACKEY | :    1:25CR 104 -2 |

The Grand Jury charges:

## COUNT ONE

On or about November 17, 2023, in the County of Davidson, in the Middle District of North Carolina, CHARLES MATTHEW RIDDLE and JOSEPH DILLON LACKEY, with the intent to cause death and serious bodily harm, did take a motor vehicle, that is, a 2007 Toyota Scion sedan, Vehicle Identification Number JTKDE177470213368, bearing North Carolina registration RHR8152, which had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of another, by force and violence and by intimidation; in violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT TWO

On or about November 17, 2023, in the County of Davidson, in the Middle District of North Carolina, CHARLES MATTHEW RIDDLE and JOSEPH DILLON LACKEY, during and in relation to a crime of violence for which each

may be prosecuted in a court of the United States, that is, carjacking, as more fully referenced in Count One of this Indictment, did knowingly carry and use, by brandishing, a firearm, that is, a Smith & Wesson 9mm handgun; in violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT THREE

On or about November 17, 2023, in the County of Davidson, in the Middle District of North Carolina, JOSEPH DILLON LACKEY knowingly did possess in and affecting commerce a firearm, that is, a Smith & Wesson 9mm handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or both of the offenses alleged in Counts Two and Three of this Indictment, the defendant, JOSEPH DILLON LACKEY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearm or ammunition involved in or used in the commission of the offenses.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

    a. Smith & Wesson, model M&P Shield Plus, 9mm, pistol (S/N: JPY2953) (and matching magazine); and

    b. 3 rounds of 9mm caliber ammunition.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: March 24, 2025

RANDALL S. GALYON
Acting United States Attorney

BY: LINDSEY A. FREEMAN
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON